General Docket
U. S. Bankruptcy Appellate Panel for the Ninth Circuit

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 21−1088<br>Shady Bird Lending, LLC v. The Source Hotel, LLC<br>**Appeal From:** California Central − Santa Ana<br>**Fee Status:** fee paid | **Docketed:** 04/29/2021 |

**Case Type Information:**
  1) Bankruptcy
  2) Chapter 11 Business
  3) null

**Originating Court Information:**
  **District:** 0973−8 : 8:21−bk−10525−ES
  **Presiding Judge:** Erithe A. Smith, U.S. Bankruptcy Judge
  **Date Filed:** 02/26/2021

| **Date Order/Judgment:**<br>04/28/2021 | **Date NOA Filed:**<br>04/28/2021 | **Date Rec'd BAP:**<br>04/29/2021 |
|---|---|---|

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

In re: THE SOURCE HOTEL, LLC
    Debtor
_____

| | |
|---|---|
| SHADY BIRD LENDING, LLC<br>    Appellant | Daniel A. Lev, Esquire, Bankruptcy Counsel<br>Direct: 213−626−2311<br>[COR LD NTC Retained]<br>SulmeyerKupetz, APC<br>Suite 3400<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br><br>Ronald N. Richards, Esquire, Attorney<br>Direct: 310−556−1001<br>[COR LD NTC Retained]<br>LAW OFFICES OF RONALD RICHARDS &<br>ASSOCIATES, APC<br>P.O. Box 11480<br>Beverly Hills, CA 90213 |
| v. | |
| THE SOURCE HOTEL, LLC<br>    Appellee | Ron Bender, Esquire, Bankruptcy Counsel<br>Direct: 310−229−1234<br>[COR LD NTC Retained]<br>Levene Neale Bender Yoo & Brill LLP<br>Suite 1700<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067−0000<br><br>Juliet Y. Oh, Bankruptcy Counsel<br>Direct: 310−229−1234<br>[COR LD NTC Retained]<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 |

In re: THE SOURCE HOTEL, LLC

    Debtor

_____

SHADY BIRD LENDING, LLC

    Appellant

v.

THE SOURCE HOTEL, LLC

    Appellee

| 04/29/2021 | 1 | Received notice of appeal filed in Bankruptcy Court on 04/28/2021, and copy of order. (PI) [Entered: 04/30/2021 05:31 PM] |
| --- | --- | --- |
| 04/30/2021 | 2 | Filed (ECF) Attorney Mr. Ronald N. Richards, Esquire for Appellant Shady Bird Lending, LLC's Emergency motion to expedite appeal; 04/30/2021 served by: email − Attorney for Appellees: Bender, Oh; Attorney for Appellants: Lev, Richards. [21−1088] (RNR) [Entered: 04/30/2021 06:47 PM] |
| 05/03/2021 | 3 | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: CC− 21−1088. Sent Bankruptcy Record Request Form to Bankruptcy Court. (PI) [Entered: 05/03/2021 10:35 AM] |
| 05/03/2021 | 4 | Filed (ECF) Attorney Ms. Juliet Y Oh for Appellee The Source Hotel, LLC's Objection to BAP jurisdiction; served on 05/03/2021 email − Attorney for Appellants: Lev, Richards. [21−1088] (JYO) [Entered: 05/03/2021 10:42 AM] |